NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANA MARIA RODRIGUEZ,**
*Petitioner,*

v.

**DEPARTMENT OF STATE,**
*Respondent.*

---

2011-3115

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100305-I-1.

---

## ON MOTION

---

## ORDER

Ana Maria Rodriguez moves out of time for a 3-day extension of time to file her overdue informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

1)   The motion for an extension of time to file Ana Maria Rodriguez's overdue informal brief is granted.

2)   The Department of State should calculate its brief due date from the date of filing of this order.

FOR THE COURT

AUG 1 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Ana Maria Rodriguez
     Michael S. Macko, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 1 2011

JAN HORBALY
CLERK